IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |
|---|---|

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    Diversity

    Federal Question

    The "Mass Action" provisions of the Class Action Fairness Act

    ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    Other:_____.

3

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

### Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

4

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    <u>Other Causes of Action:</u>
    Count XII – _____
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others
    _____
    _____
    _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date:     09/03/2025

Respectfully Submitted,

The ClaimBridge PLLC

/s/:_____remur_____

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 287**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Williams, Ladonna J. | 02/19/1963 | OR | District of Oregon | No | Yes | No | Thyroid Disease, Ulcerative Colitis, Colon Cancer | Counts I-XI |
| 2. | Williams, Clarence Jr. OBO Scott Williams, Loretta A. | 06/08/1972 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 3. | Whitfield, Nathaniel | 02/22/1948 | OH | Northern District of Ohio | Yes | No | No | Kidney Cancer | Counts I-XI |
| 4. | Uolla, Rosie | 04/19/1977 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-XI |
| 5. | Ricardo, Richard J. | 03/18/1960 | CA | Central District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 6. | Oates, Dwayne C. | 09/14/1964 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 7. | McDonald, Vernon P. Jr. | 09/25/1964 | NC | Eastern District of North Carolina | Yes | Yes | No | Ulcerative Colitis, Prostate Cancer | Counts I-XI |
| 8. | Maynard, Mavis | 09/07/1957 | NC | Eastern District of North Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 9. | Maynard, Reid | | NC | Eastern District of North Carolina | | | | | Count XI |
| 10. | Marr, James L | 04/19/1963 | CA | Northern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 11. | Lokey, Kirk W. | 07/11/1980 | OK | Eastern District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 12. | Huth, Ralph D | 01/26/1954 | AR | Western District of Arkansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 13. | Huth, Melinda | | AR | Western District of Arkansas | | | | | Count XI |
| 14. | Hughes, Rachel A. | 05/03/1976 | CA | Central District of California | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol, Liver Cancer | Counts I-XI |
| 15. | Huckaby, Tiffany S. | 05/08/1983 | GA | Northern District of Georgia | No | Yes | No | Thyroid Disease, Pregnancy Induced Hypertension | Counts I-XI |
| 16. | Hoyler, SherryAnn | 01/09/1977 | NY | Western District of New York | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol, Pregnancy Induced Hypertension | Counts I-XI |
| 17. | Houseal, Fredrick | 01/08/1972 | SC | District of South Carolina | No | Yes | No | Thyroid Disease, High Cholesterol, Prostate Cancer | Counts I-XI |
| 18. | Holly, Wesley E. | 03/28/1948 | TN | Eastern District of Tennessee | No | Yes | No | Kidney Cancer, Colon Cancer | Counts I-XI |
| 19. | Herring, Taylor J. | 05/09/1993 | GA | Southern District of Georgia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 20. | Hernandez, Marie | 12/08/1974 | TX | Western District of Texas | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 21. | Henry, Robert IV | 06/27/1984 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 22. | Henry, Jennifer | | NY | Eastern District of New York | | | | | Count XI |
| 23. | Haynes, Jess W. | 07/25/1957 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-XI |
| 24. | Hayden, James W. | 02/19/1939 | AZ | District of Arizona | No | Yes | No | Thyroid Disease | Counts I-XI |
| 25. | Hatcher, Christopher R. | 04/20/1984 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 26. | Harrison, Virginia | 07/14/1946 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer, Thyroid Cancer | Counts I-XI |
| 27. | Harden, Gail C. | 09/14/1962 | AR | Western District of Arkansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 28. | Hanlin, Anita L. | 06/11/1977 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 29. | Hanlin, Matthew | | FL | Middle District of Florida | | | | | Count XI |
| 30. | Hands, Harold M. OBO Lugo Hands, Carolina | 08/20/1964 | TX | Southern District of Texas | No | Yes | No | Liver Cancer | Counts I-XI |
| 31. | Hands, Harold Michael | | TX | Southern District of Texas | | | | | Count XI |
| 32. | Haff, Cheryl A. OBO Haff, Scott P. | 05/24/1966 | TX | Southern District of Texas | No | Yes | No | Liver Cancer | Counts I-XI |
| 33. | Haff, Cheryl Ann | | TX | Southern District of Texas | | | | | Count XI |
| 34. | Guy, Angela K. | 08/20/1975 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 35. | Guy, Mark | | TX | Western District of Texas | | | | | Count XI |
| 36. | Gulley, Dilesha S. | 11/23/1979 | OH | Northern District of Ohio | No | Yes | No | Thyroid Disease, Thyroid Cancer | Counts I-XI |
| 37. | Miller, Rudolf | | OH | Northern District of Ohio | | | | | Count XI |
| 38. | Grochowski, Julie M. | 03/11/1979 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease | Counts I-XI |
| 39. | Graham, Raymond E. | 03/04/1954 | TX | Southern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 40. | Gomez, Yolanda A. | 05/09/1971 | TX | Southern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 41. | Gomez, Elvira | | TX | Southern District of Texas | | | | | Count XI |
| 42. | Gibson, Tialisa P. | 01/10/1966 | SC | District of South Carolina | Yes | Yes | No | Kidney Cancer, High Cholesterol, Cervical Cancer | Counts I-XI |
| 43. | Gibson, Joseph | | SC | District of South Carolina | | | | | Count XI |
| 44. | Garcia, Gabriel E. | 06/13/1965 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 45. | Gains, Latricea OBO Gains Jr., Julius | 06/18/1968 | IL | Northern District of Illinois | No | Yes | No | Liver Cancer | Counts I-XI |
| 46. | Fisher, Estella M. | 01/05/1955 | TX | Southern District of Texas | No | Yes | No | Thyroid Disease, High Cholesterol, Kidney Disease | Counts I-XI |
| 47. | Fedor, Barbara L. | 02/07/1953 | FL | Middle District of Florida | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 48. | Farrens, Joel E. | 12/17/1975 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 49. | Farrens, Jalonda | | VA | Eastern District of Virginia | | | | | Count XI |
| 50. | Evans, Sabrina R. | 02/08/1978 | KY | Eastern District of Kentucky | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 51. | Espinoza-Talleur, Freda | 09/05/1959 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 52. | Epps, Johnnie R. | 12/28/1951 | TX | Northern District of Texas | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 53. | Epps, Carrie L. | | TX | Northern District of Texas | | | | | Count XI |
| 54. | Epperly, Susan M. | 09/15/1972 | NM | District of New Mexico | No | Yes | No | Thyroid Disease | Counts I-XI |
| 55. | Epperly, Bryan Shane | | NM | District of New Mexico | | | | | Count XI |
| 56. | Easter Jr., Joel E. | 12/30/1953 | VA | Eastern District of Virginia | No | Yes | No | High Cholesterol, Thyroid Disease | Counts I-XI |
| 57. | Easter, Gay L. | | VA | Eastern District of Virginia | | | | | Count XI |
| 58. | DurhamFreeman, Patricia A. | 11/07/1957 | CA | Eastern District of California | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |

| # | Name | DOB | State | District | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 59. | Douglas, Robert E. | 07/23/1968 | CO | District of Colorado | No | Yes | No | Testicular Cancer | Counts I-XI |
| 60. | Douglas, Anna | | CO | District of Colorado | | | | | Count XI |
| 61. | Doughtie, Tony M. | 02/03/1953 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 62. | Donovan, Daniel | 08/19/1964 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 63. | Dominguez, Adan O. | 08/31/1956 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 64. | Dominguez, Mary N. | | TX | Western District of Texas | | | | | Count XI |
| 65. | Doizer, Amy K. | 01/31/1977 | NC | Eastern District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 66. | Dockter, Debora A. OBO Dockter, Kenneth W. | 07/01/1952 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 67. | Dockter, Debora Ann | | FL | Middle District of Florida | | | | | Count XI |
| 68. | Diaz, Armando M. | 03/08/1986 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 69. | Diaz, Kristen | | CA | Southern District of California | | | | | Count XI |
| 70. | Davis, Ta'naiya M. | 08/05/2003 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 71. | Davis, Nellita M. | 11/11/1981 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 72. | Davis, Roger Jr, | | VA | Eastern District of Virginia | | | | | Count XI |
| 73. | Davis, Lisa R. | 09/23/1963 | MI | Western District of Michigan | No | Yes | No | Thyroid Disease | Counts I-XI |
| 74. | Davis. Thomas | | MI | Western District of Michigan | | | | | Count XI |
| 75. | Davis, Kyle W. | 01/19/1991 | MI | Western District of Michigan | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 76. | Davis, Guy A. | 07/13/1965 | WY | District of Wyoming | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 77. | Davis, Pamela Lavonne | | WY | District of Wyoming | | | | | Count XI |
| 78. | Davis, Cheryl A. | 02/15/1960 | NC | Eastern District of North Carolina | No | Yes | No | Liver Cancer | Counts I-XI |
| 79. | Damian, Bonifacio E. | 02/12/1964 | TX | Western District of Texas | No | Yes | No | Testicular Cancer, Ulcerative Colitis | Counts I-XI |
| 80. | Crum, Gwendolyn | 01/12/1972 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer, Thyroid Disease, Ulcerative Colitis, Pregnancy Induced Hypertension | Counts I-XI |
| 81. | Crum, Steven | | NC | Eastern District of North Carolina | | | | | Count XI |
| 82. | Crawford, William L. | 03/03/1952 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 83. | Crawford, Dorothy | | FL | Middle District of Florida | | | | | Count XI |
| 84. | Cooper, Michael R. | 10/04/1957 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 85. | Cooper, Cherie | | CA | Central District of California | | | | | Count XI |
| 86. | Cook, Mary E. OBO Cook, Leroy B | 07/22/1945 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-XI |
| 87. | Colvin, Myron | 12/31/1955 | OR | District of Oregon | No | Yes | No | High Cholesterol, Ulcerative Colitis | Counts I-XI |
| 88. | Cole, Irna OBO Cole, Lawrence B. | 12/27/1953 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, Pancreatic Cancer | Counts I-XI |
| 89. | Cole, Ima | | TX | Western District of Texas | | | | | Count XI |
| 90. | Cochran, Georgia A. | 12/08/1954 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 91. | Cardenas, Martin | 09/19/1964 | WI | Western District of Wisconsin | No | Yes | No | Testicular Cancer | Counts I-XI |
| 92. | Cantu Jr, Alfredo | 01/05/1966 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer, Ulcerative Colitis, Prostate Cancer | Counts I-XI |
| 93. | Cantu, Dora | | TX | Northern District of Texas | | | | | Count XI |
| 94. | Brown, Karen R. | 10/23/1977 | MO | Western District of Missouri | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 95. | Brown, Les | | MO | Western District of Missouri | | | | | Count XI |
| 96. | Brown, Horace L. | 06/16/1958 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 97. | Brent, Richard I. | 09/07/1948 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 98. | Brent, Deborah | | CA | Central District of California | | | | | Count XI |
| 99. | Brennan, Keith C. | 06/26/1957 | CA | Northern District of California | No | Yes | No | Thyroid Cancer, Thyroid Disease | Counts I-XI |
| 100. | Brazzelle-Hemingway, Vivian D. | 08/29/1960 | NJ | District of New Jersey | No | Yes | No | Thyroid Cancer, High Cholesterol | Counts I-XI |
| 101. | Brandt, Lynn A. | 08/31/1962 | NC | Western District of North Carolina | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 102. | Brandt, Judy | | NC | Western District of North Carolina | | | | | Count XI |
| 103. | Boykin, Gregory | 02/10/1958 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol, Colon Cancer, Prostate Cancer | Counts I-XI |
| 104. | Bonanno, Noel E | 06/23/1962 | IL | Northern District of Illinois | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 105. | Moulding, Dawn | | IL | Northern District of Illinois | | | | | Count XI |
| 106. | Boggs, Tammy S. | 07/05/1966 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 107. | Bodah, Brienna C. | 06/14/1984 | NV | District of Nevada | No | Yes | No | Thyroid Cancer, Thyroid Disease | Counts I-XI |
| 108. | Bobier, Andrew J | 07/02/1982 | WV | Southern District of West Virginia | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 109. | Candice Bobier | | WV | Southern District of West Virginia | | | | | Count XI |
| 110. | Blouin, Rickie N. | 07/21/1949 | FL | Middle District of Florida | No | Yes | No | Colon Cancer, Ulcerative Colitis | Counts I-XI |
| 111. | Blankenship, Gregory C | 07/03/1953 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 112. | Blanchard, Stephen M. | 11/16/1957 | LA | Eastern District of Louisiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 113. | Blanchard, Gina | | LA | Eastern District of Louisiana | | | | | Count XI |
| 114. | Bjork, Jennifer S. | 11/14/1989 | IL | Northern District of Illinois | No | Yes | No | Liver Cancer, Thyroid Cancer, High Cholesterol | Counts I-XI |
| 115. | Bixby, Tiffany N. | 06/08/1985 | MI | Western District of Michigan | No | Yes | No | Thyroid Disease, High Cholesterol, Pregnancy Induced Hypertension | Counts I-XI |
| 116. | Bixby Baranowsky, Jennifer A. | 12/18/1967 | GA | Northern District of Georgia | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 117. | Birdyshaw, Rita K. | 11/06/1958 | AL | Northern District of Alabama | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 118. | Birdyshaw, Edward A | | AL | Northern District of Alabama | | | | | Count XI |
| 119. | Bilicki, Michael W. | 11/17/1943 | FL | Middle District of Florida | No | Yes | No | Testicular Cancer | Counts I-XI |
| 120. | Bigart, Kathryn M. | 11/11/1976 | NC | Middle District of North Carolina | No | Yes | No | Thyroid Disease, Thyroid Cancer | Counts I-XI |

| 121. | Bigart, Jason Christopher | | NC | Middle District of North Carolina | | | | | Count XI |
|---|---|---|---|---|---|---|---|---|---|
| 122. | Berry, Shirena M. | 05/05/1968 | TX | Southern District of Texas | No | Yes | No | Thyroid Disease, Ulcerative Colitis, Pregnancy Induced Hypertension | Counts I-XI |
| 123. | Bergeron, Wayne J. | 01/02/1961 | MA | District of Massachusetts | Yes | Yes | No | Thyroid Disease, Thyroid Cancer | Counts I-XI |
| 124. | Bergeron, Michelle Marie | | MA | District of Massachusetts | | | | | Count XI |
| 125. | Benton, James M. | 06/28/1969 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 126. | Beebe, Paul A. | 08/29/1960 | CA | Eastern District of California | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 127. | Beebe, Cherlyn | | CA | Eastern District of California | | | | | Count XI |
| 128. | Barron, Matthew A. | 04/04/1977 | KS | District of Kansas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 129. | Barron, Beth | | KS | District of Kansas | | | | | Count XI |
| 130. | Barnes, Robert W. | 07/03/1961 | CA | Eastern District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 131. | Barefield, Dorothy M. | 02/16/1948 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 132. | Ballard, Zachary E. | 09/04/1988 | AR | Eastern District of Arkansas | Yes | Yes | No | Thyroid Cancer | Counts I-XI |
| 133. | Ballard, Lesli | | AR | Eastern District of Arkansas | | | | | Count XI |
| 134. | Ballard, Sherwon N. | 09/21/1981 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 135. | Balda, Julie A. | 09/29/1966 | WA | Western District of Washington | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 136. | Bailey, Randy L. | 08/01/1954 | MO | Eastern District of Missouri | No | Yes | No | Liver Cancer, High Cholesterol | Counts I-XI |
| 137. | Ayers, Larry L. | 10/25/1956 | AL | Northern District of Alabama | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 138. | Ayers, Karen D. | 02/08/1965 | AL | Northern District of Alabama | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 139. | Ayer, James H. | 07/16/1944 | RI | District of Rhode Island | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 140. | Audunson, Cheryl A. | 07/03/1956 | MA | District of Massachusetts | No | Yes | No | Thyroid Cancer, Lung Cancer | Counts I-XI |
| 141. | Audunson, James N. | | MA | District of Massachusetts | | | | | Count XI |
| 142. | Arvia, Linda M. | 02/23/1957 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 143. | Armstrong, Daniel L. | 07/03/1960 | TN | Middle District of Tennessee | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 144. | Aparicio, Luis M. | 04/28/1998 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 145. | Andrews, Todd W. | 02/11/1985 | TX | Western District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 146. | Andrade, Maria I. | 03/02/1982 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 147. | Anderson, Natasha | 08/25/1981 | CO | District of Colorado | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 148. | Anderson, Eric | | CO | District of Colorado | | | | | Count XI |
| 149. | Alaniz, Eduardo Jr. | 10/10/1952 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 150. | Alaniz, Lucy | | TX | Southern District of Texas | | | | | Count XI |